**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1556

EDMOND MACHIE,

Plaintiff – Appellant,

v.

AMBER ULLAH, Collector, Fairfax County Federal Credit
Union; GUSTAVO FERNANDEZ, Collector, Fairfax County Federal
Credit Union; PATRICK MCINERENEY, Collector, Fairfax County
Federal Credit Union; DONALD E. COULTER, Esquire,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge. (1:12-cv-00010-AJT-IDD)

Submitted: October 11, 2012        Decided:  October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edmond Machie, Appellant Pro Se. Richard D. Holzheimer, Jr., Amy
Sanborn Owen, COCHRAN & OWEN, LLC, Vienna, Virginia; John
Elphinstone McIntosh, Jr., Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmond Machie appeals the district court's order denying his motion for an extension of time and dismissing his civil complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Machie's informal brief does not challenge the basis for the district court's disposition, Machie has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>